NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**YOON JA KIM,**

*Plaintiff-Appellant,*

v.

**THE EARTHGRAINS COMPANY (NOW KNOWN AS SARA LEE BAKERY GROUP, INC.),**

*Defendant-Cross Appellant.*

---

2011-1242, -1266

---

Appeals from the United States District Court for the Northern District of Illinois in case no. 01-CV-3895, Judge Susan E. Cox.

---

## ON MOTION

---

## ORDER

The Earthgrains Company moves for a 30-day extension of time, until July 22, 2011, to file its response brief. Yoon Ja Kim opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

<u>**JUL**   6 2011</u>
Date

<u>/s/ Jan Horbaly</u>
Jan Horbaly
Clerk

cc:  Yoon Ja Kim
      Craig C. Martin, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUL 0 6 2011

**JAN HORBALY**
**CLERK**